IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACQUEL JACKSON                                                                                    PETITIONER

v.                                             3:21CV00240-LPR

MARTY BOYD,
*Sheriff*                                                                                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed and the time to do so has expired.   After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Mr. Jackson's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

Dated this 18th day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1